### HANNAH BENJAMIN, Executrix of WILLIAM BENJAMIN, deceased, *vs.* ANDREW BOYCE.

Plaintiff having declared in the name of H. B., executrix of *William* B. instead of *Wolf* B., was permitted to amend after issue joined.

NARR. in assumpsit. Application to amend the pleadings.

The plaintiff sued and declared in the above name; defendant appeared and pleaded to the suit. Issue was joined, and the case set down for trial.

*Macbeth* now moved to amend the narr. by substituting *Wolf* Benjamin for *William* Benjamin, and thus make the suit stand Hannah Benjamin, executrix of Wolf Benjamin *vs.* Andrew Boyce.

The amendment was resisted. It was said by Mr. Bayard, as *amicus curiæ*, that chief justice *Taney*, in the last circuit court for the Delaware district, had decided that this was not a cause of nonsuit, but the objection could only be taken on a plea in abatement. The case he referred to was *Shewell & Shewell* vs. *McCabe.* See *Saund. Pl. & Ev. Abatement, Misnomer; 2 Brod. & Bingh.* 34 ; 6 *Serj. & Lowb.* 9 ; 10 *Mass. Rep.* 252 ; 1 *Chitty Plead.* 440.

*The Court.*—It was once doubted if a mistake of the *plaintiff's* christian or surname were not ground of nonsuit, but it is now settled that the mistake must be pleaded in abatement, even in the case of a corporation.

But this is not the case of a misnomer of plaintiff's christian or surname, but a misdescription of the character in which she sues, to wit, as administratrix of William, instead of Wolf, Benjamin. Then does the principle cover this.

The defendant has given special bail. What would be the effect of the amendment as to the bail ? Undoubtedly a discharge. And on what principle ? That the parties in the action are changed— that it is now another suit. And if so, is the defendant bound to answer on his present appearance to this new suit ? We will think of it.

*The Court* afterwards (chief justice hesitante) permitted the amendment, and the cause was continued. See act Jeofails, 8 *Del. Laws,* 44. (*a*)

*Macbeth,* for plaintiff.

*Hamilton,* for defendant.

(*a*) Collins et al. *vs.* Townsend. Com. Pleas, Sussex, April Term, 1797. In this case the court, on motion of *Miller* for the plaintiffs, permitted the writ and declaration to be amended by striking out the names of two of the plaintiffs, on payment of the costs of the term. Chief Justice, J. M. Clayton's MS. notes, p. 19.